# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0809
_____

ROXANNE PAYNE,

　　Appellant,

　　v.

JUVENILE DETENTION CENTER
FLORIDA and THE DEPARTMENT
OF INSURANCE, BUREAU OF
STATE EMPLOYEES' WC CLAIMS,

　　Appellees.

_____


On appeal from an order of the Judge of Compensation Claims.
Thomas A. Hedler, Judge.

Date of Accident:  July 7, 1998

October 16, 2018


PER CURIAM.

　　AFFIRMED.

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jeffrey M. Friedman of Vassallo, Bilotta, Friedman & Davis, West Palm Beach, for Appellant.

Kimberly K. Dodd of Miller, Kagan, Rodriguez & Silver, Coral Gables, and Hayley Lewis of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Jacksonville, for Appellees.